IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RUSHANN SMITH, AS
PERSONAL
REPRESENTATIVE OF THE
ESTATE OF RUSSELL GARTH
SMITH, JR., DECEASED,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2957

     Appellant,

v.

HOSPITAL INTERNAL
MEDICINE, P.A., YVETTE
BAZIKIAN, M.D., EFRAIN
IRIZARRY, M.D., GILLIAN
VAN SLUYTMAN, M.D., AND
DIVYA GOINDWANI, M.D.,

     Appellee.
_____/

Opinion filed August 16, 2016.

An appeal from an order of the Circuit Court for Alachua County.
Monica J. Brasington, Judge.

Carl Scott Schuler and Brian J. Lee, Jacksonville, for Appellant.

John D. Jopling and Jamie L. White, of Dell Graham, P.A., Gainesville, for
Appellee.


PER CURIAM.

     DISMISSED.

ROBERTS, C.J., ROWE and BILBREY, JJ., CONCUR.